B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

In re  Baxano Surgical, Inc.         ,  )  Case No. _____
        Debtor                      )
                                     )
                                     )  Chapter 11

**EXHIBIT "A" TO VOLUNTARY PETITION**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-33744  .

2. The following financial data is the latest available information and refers to the debtor's condition on  November 5, 2014  .

   a. Total assets                                                                      $ 12,672,000.00 *
   b. Total debts (including debts listed in 2.c., below)      $ 28,309,000.00

   c. Debt securities held by more than 500 holders:

| | | | Approximate number of holders: |
|---|---|---|---|
| secured ☒   unsecured ☐   subordinated ☐ | $ | 7,549,000 | 1 |
| secured ☐   unsecured ☒   subordinated ☒ | $ | 5,612,000 | 2 |
| secured ☐   unsecured ☒   subordinated ☒ | $ | 4,000,000 | 3 |
| secured ☐   unsecured ☒   subordinated ☒ | $ | 1,385,000 | 2 |
| secured ☐   unsecured ☒   subordinated ☒ | $ | 3,498,000 | 1 |

   d. Number of shares of preferred stock                        0
   e. Number of shares common stock                   59,670,414      140

      Comments, if any:

3. Brief description of debtor's business:
Medical device company focused on designing, developing and marketing minimally-invasive products to treat degenerative conditions of the spine, including lower lumbar fusion and decompression.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:   
Prospect Venture Partners, Three Arch Partners, CMEA Capital, Advanced Technology Ventures

1331663    *Excludes:  $8.5m Goodwill, $1.6m L/T Assets (primarily debt issue costs); $14.5m identifiable intangibles from Baxano merger.