**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Baxano Surgical, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 14-__________ (____) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's outstanding equity interests.

| SHAREHOLDER | APPROXIMATE PERCENTAGE OF SHARES HELD |
|---|---|
| None | |

**DECLARATION UNDER PENALTY OF PERJURY**

I, Ken Reali, the Authorized Representative and Chief Executive Officer of Baxano Surgical, Inc., declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Executed this 12 day of November, 2014.

Signature: ______________________________
Ken Reali
Chief Executive Officer

[1] The last four digits of the Debtor's tax identification numbers are (9022). The address of the Debtor's corporate headquarters is 110 Horizon Drive, Suite 230, Raleigh, North Carolina 27615.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Baxano Surgical, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 14-__________ (____) |

**LIST OF EQUITY SECURITY HOLDERS**

The above-captioned debtor in this Chapter 11 case filed a petition in this Court on the date hereof for relief under Chapter 11 of Title 11 of the United States Code. The following is the list of Baxano Surgical, Inc.'s equity security holders, as of September 30, 2014, which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure.[2]

**DECLARATION UNDER PENALTY OF PERJURY**

I, Ken Reali, the Authorized Representative and Chief Executive Officer of Baxano Surgical, Inc., declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this 12 day of November, 2014

Signature: ______________________
Ken Reali
Chief Executive Officer

[1] The last four digits of the Debtor's tax identification numbers are 9022. The address of the Debtor's corporate headquarters is 110 Horizon Drive, Suite 230, Raleigh, North Carolina 27615.

[2] The Debtor will file a Supplemental List of Equity Security Holders as of the Petition Date.

## SHAREHOLDER LIST

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | ZIP CODE |
|---|---|---|---|---|---|---|
| Kearny Ventura Partners | | | | | | |
| Thomas Weisel Asset Management LLC | | | | | | |
| James M. Shapiro | | | | | | |
| Russell C. Hirsch | | | | | | |
| Paul Arthur Laviolette | | | | | | |
| Mark Stautberg | | | | | | |
| Jeffrey Fischgrund | | | | | | |
| David J. Simpson | | | | | | |
| Kenneth Michael Reali | | | | | | |
| Stephen D. Ainsworth | | | | | | |
| Timothy M. Shannon | | | | | | |
| Matthew Pickens | | | | | | |
| Three Arch Partners | | | | | | |
| CMEA Capital | | | | | | |
| Advanced Technology Ventures | | | | | | |
| Delphi Ventures L.P. | | | | | | |
| Cutlass Capital, LLC | | | | | | |
| Stifel Nicolaus Investment Advisors | | | | | | |
| Perkins Capital Management, Inc. | | | | | | |
| Dimensional Fund Advisors, L.P. | | | | | | |
| The Vanguard Group, Inc. | | | | | | |
| Texas Yale Capital Corp. | | | | | | |
| RBC Capital Markets Wealth Management | | | | | | |
| Visium Asset Management, LP | | | | | | |