United States Bankruptcy Court

District of Delaware

In re Baxano Surgical, Inc.
Debtor

Case No._____
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sabby Healthcare Volatility Master<br>10 Mountainview Rd. Ste. 205<br>Upper Saddle River, NJ 07458 | Robert Grundstein<br>COO & General Counsel<br>10 Mountainview Road, Ste. 205<br>Upper Saddle River, NJ 07458 | Unsecured Loan | -- | $5,296,102.54 |
| Health & Human Services<br>330 Independence Ave.<br>SW Washington, DC 20201 | | OIG Settlement | -- | $3,480,489.32 |
| DAFNA Life Science LP<br>10990 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA 90024 | David Fischel<br>10990 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA 90024<br>(310) 954-3200 | Unsecured Loan | -- | $2,093,536.72 |
| DAFNA Life Science Market Neutral<br>10990 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA 90024 | David Fischel<br>10990 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA 90024<br>(310) 954-3200 | Unsecured Loan | -- | $1,932,493.80 |
| Sabby Volatility Warrant Master Fun<br>10 Mountainview Rd., Ste 205<br>Upper Saddle River NJ 07458 | Robert Grundstein<br>COO & General Counsel<br>10 Mountainview Road, Ste. 205<br>Upper Saddle River, NJ 07458 | Unsecured Loan | -- | $1,765,366.60 |
| Mountain Manufacturing Tech.<br>400 Apollo Dr.<br>Lino Lakes, MN 55014 | Tom Berg<br>400 Apollo Dr.<br>Lino Lakes, MN 55014<br>(651) 784-6261 | Trade Debt | -- | $310,812.70 |
| rms Surgical, Inc.<br>1220 Lund Blvd.<br>Anoka, MN 55303 | John Braun<br>(763) 783-5015 | Trade Debt | -- | $235,644.35 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bradshaw Medical Inc.<br>P.O. Box 599<br>Kenosha WI 53144 | Mark Maegaard<br>P.O. Box 599<br>Kenosha, WI | Trade Debt | -- | $223,929.00 |
| PriceWaterhouse Coopers<br>P.O. Box 932011<br>Atlanta, GA 31193-2011 | P.O. Box 932011<br>Atlanta, GA 31193-2011 | Trade Debt | -- | $189,000.00 |
| Stradling Yocca Carlson<br>660 Newport Center Drive<br>Newport Beach, CA 92660 | Bruce Feuchter<br>(949) 725-4123 | Trade Debt | -- | $163,108.38 |
| Sun Life Assurance Company of Canad<br>1511 Sunday Dr., Ste. 200<br>Raleigh, NC 27607 | Gina Jole<br>(919) 420-1578 | Trade Debt | -- | $153,278.26 |
| Cretex Companies dba rms Company<br>8600 Evergreen Blvd.<br>Coon Rapids, MN 55433 | John Braun<br>(763) 783-5015 | Trade Debt | | $153,224.46 |
| Quality Tech Services, Inc.<br>10525 Hampshire Ave.<br>Bloomington, MN 55438 | Amy Smith<br>(952) 942-8321 | Trade Debt | -- | $139,224.95 |
| Berg Manufacturing, Inc.<br>3310 Edward Ave.<br>Santa Clara, CA 95054 | Jamie Berg<br>(408) 727-2374 | Trade Debt | -- | $122,988.91 |
| Pacific Instruments<br>438 Hobron Lane, Suite 204<br>Honolulu, HI 96815 | Holger Gruenert<br>(808) 941-8880 | Trade Debt | -- | $114,720.00 |
| Goodwin Procter LLP<br>53 State Street<br>Boston, MA 02109 | Kingsley Taft<br>(617) 570-1222 | Trade Debt | -- | $106,993.75 |
| Phillips Plastics Corp.<br>3976 Solutions Center<br>Chicago, IL 60677-3009 | Sandy Whitier<br>(715) 233-4008 | Trade Debt | -- | $102,329.67 |
| IKYN Surgical, LLC<br>18 Rose Petal Lane<br>Kensington, NH 03833 | Dr. Gary Fleischer<br>(603) 577-5370 | Trade Debt | -- | $99,000.00 |

11/07/2014 SL1 1333115v1 109188.00001

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Arcamed LLC<br>2801 Fortune Circle E. Dr.<br>Indianapolis, IN 46241 | Christine McKay<br>(877) 545-6622 | Trade Debt | -- | $90,105.76 |
| Robert Garabedian<br>436 Costa Mes Terr<br>Sunnyvale, CA 94085 | (508) 735-1127 | Employee Severance Claim | -- | $87,690.42 |

DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, _Ken Reali_, of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _11/12/14_          Signature: _____

_Ken Reali, President & CEO_
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.