**WRITTEN CONSENT OF THE**
**BOARD OF DIRECTORS**
**OF BAXANO SURGICAL, INC.**

The undersigned, being all of the members of the Board of Directors of BAXANO

SURGICAL, INC., a Delaware corporation (the "Corporation"), hereby adopt the following

resolutions, as discussed and considered during the meeting of the Board of Directors on

November 12, 2014, for and on behalf of the Corporation in accordance with the provisions of

Section 141(f) of the Delaware General Corporation Law.

After discussion of the necessity of filing a voluntary petition for relief under chapter 11

of the Bankruptcy Code, it is hereby:

RESOLVED, that in the judgment of the Board of Directors, it is desirable
and in the best interests of the Corporation, its creditors, stockholders, and other
interested parties, to file or cause to be filed a voluntary petition for relief under
the provisions of chapter 11 of the Bankruptcy Code;

RESOLVED, that Ken Reali (the "Authorized Representative") is hereby
authorized and empowered to execute and file on behalf of the Corporation all
petitions, schedules, lists, motions, applications, pleadings and other papers or
documents as necessary to commence the chapter 11 bankruptcy case and obtain
any chapter 11 relief as he may deem necessary, proper and desirable in
connection with the chapter 11 case;

RESOLVED, that the Authorized Representative is hereby authorized and
directed to cause the Corporation to employ the law firm of Stevens & Lee, P.C.
as general bankruptcy counsel to represent and assist the Corporation in carrying
out its duties under the Bankruptcy Code, and to take any and all actions to
advance the Corporation's rights and obligations, including filing any pleadings;
and in connection therewith, the Authorized Representative is hereby authorized
and directed to execute appropriate retention agreements, pay appropriate
retainers and cause to be filed an appropriate application for authority to retain the
services of Stevens & Lee, P.C.;

RESOLVED, that the Authorized Representative is hereby authorized and
directed to cause the Corporation to employ the law firm of Goodwin Proctor LLP
as special counsel to represent and assist the Corporation in connection with
general corporate and securities matters and in connection therewith, the
Authorized Representative is hereby authorized and directed to execute
appropriate retention agreements, pay appropriate retainers and cause to be filed

1

an appropriate application for authority to retain the services of Goodwin Proctor LLP.

RESOLVED, that the Authorized Representative is hereby authorized and directed to cause the Corporation to employ the law firm of Hogans Lovell as special healthcare regulatory counsel to represent and assist the Corporation in connection with healthcare compliance matters and in connection therewith, the Authorized Representative is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of Hogans Lovell.

RESOLVED, that the Authorized Representative is hereby authorized and directed to cause the Corporation to engage Tamarack Associates to, among other things, provide John L. Palmer as Chief Restructuring Officer pursuant to the terms of the retention agreement (the "Tamarack Agreement") attached hereto as Exhibit "A" and, in connection therewith, the Authorized Representative is hereby authorized and directed to execute the Tamarack Agreement and to pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of Tamarack Associates and John L. Palmer;

RESOLVED, that the Authorized Representative is hereby authorized and directed to cause the Corporation to employ Houlihan Lokey as investment banker to identify strategic alternatives for the Debtor including, without limitation, identification of potential acquirers of the Debtor's assets, and to take any and all actions to advance the Corporation's rights and obligations, and in connection therewith, the Authorized Representative is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of Houlihan Lokey;

RESOLVED, that the Authorized Representative is hereby authorized and directed to cause the Corporation to employ Rust Consulting Omni Bankruptcy ("Rust Omni") as claims and noticing agent to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations and in connection therewith, the Authorized Representative is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of Rust Omni;

RESOLVED, that the Authorized Representative is hereby authorized and empowered to cause the Corporation to employ other counsel and professionals of his choice to the extent necessary and to enter into such fee arrangements for payment of such counsel and professionals as deemed appropriate, in each case subject to approval by the Court if required;

2

RESOLVED, that the Authorized Representative is hereby authorized and empowered, on behalf of the Corporation, to seek authority from the Bankruptcy Court to enter obtain Debtor-In-Possession financing from Hercules Technology Growth Capital, Inc., on terms substantially consistent with those described in the termsheet reviewed by the Board of Directors at the meeting, subject to such changes as are acceptable to the Authorized Representative, in the exercise of his reasonable business judgment;

RESOLVED, that the Authorized Representative is hereby authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Authorized Representative so acting shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and

RESOLVED, that all actions heretofore taken by the Authorized Representative, in the name of and on behalf of the Corporation, in connection with any of the foregoing matters are hereby in all respects ratified, confirmed and approved.

*[signature page follows]*

3

The Secretary of the Corporation is directed to place a copy of this Consent in the minute book of the Corporation.

This Consent shall be effective as of November 12, 2014.

_____
Paul LaViolette

ABSTAIN
_____
James Shapiro

_____
Mark Stautberg

_____
Jeff Fischgrund

_____
Ken Reali

4

The Secretary of the Corporation is directed to place a copy of this Consent in the minute book of the Corporation.

This Consent shall be effective as of November 12, 2014.


Paul LaViolette


James Shapiro


Mark Stautberg


Jeff Fischgrund


Ken Reali

4

The Secretary of the Corporation is directed to place a copy of this Consent in the minute book of the Corporation.

This Consent shall be effective as of November 12, 2014.

_____
Paul LaViolette


_____
James Shapiro


_____
Mark Stautberg


_____
Jeff Fischgrund


_____
Ken Reali

4

The Secretary of the Corporation is directed to place a copy of this Consent in the minute book of the Corporation.

This Consent shall be effective as of November 12, 2014.

_____

Paul LaViolette

_____

James Shapiro

_____

Mark Stautberg

_____

Jeff Fischgrund

_____

Ken Reali

4