# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Baxano Surgical, Inc.,<br><br>               Debtors | Chapter 11<br><br>Case No. 14-12545 (CSS)<br><br>NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Sabby Healthcare Volatility Master Fund, Ltd., c/o Sabby Management, LLC., 10 Mountainview Road, Suite 205, Upper Saddle River, NJ 07458, phone: (646) 307-4501, fax (201) 661-8654, Attn: Timothy Gasperoni, Ph.D**

2. **DAFNA LifeScience LP, 10990 Wilshire Blvd #1400, Los Angeles, CA 90024, phone: (310) 954-3200, fax: (310) 445-6594, Attn: Howard Nurtman, Chief Compliance Officer**

3. **Pacific Instruments Inc., 438 Hobron Lane, Suite 204, Honolulu, HI 96815, phone: (808) 941-8880 fax: (808) 941-8833, Attn: Stephanie Gruenert, Esq.**

                                        ROBERTA A. DEANGELIS
                                        United States Trustee, Region 3

                                        /s/ *Juliet Sarkessian* for
                                        T. PATRICK TINKER
                                        ASSISTANT UNITED STATES TRUSTEE

DATED: November 24, 2014

Attorney assigned to this Case: Juliet Sarkessian, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel:  John D. Demmy, STEVENS & LEE, Phone: 302-425-3308, Fax: 610-751-8515