IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Baxano Surgical, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-12545 (CSS)<br><br>**Related to D. I. 8 and 33** |

**CERTIFICATION OF COUNSEL WITH
RESPECT TO PROPOSED SECOND INTERIM
DEBTOR-IN-POSSESSION FINANCING ORDER**

Undersigned proposed counsel for Baxano Surgical, Inc., as debtor and debtor in possession (the "Debtor"), certifies as follows:

1. Attached hereto as Exhibit A is the proposed *Second Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Granting Liens and Superpriority Claims to Postpetition Lender Pursuant to 11 U.S.C. §§ 364 and 507, (III) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (IV) Providing Adequate Protection to Prepetition Secured Lender Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507, and (V) Scheduling Final Hearing* Pursuant *to Bankruptcy Rules 4001(B) and (C) and Local Bankruptcy Rule 4001-2* (the "Proposed Second Interim DIP Financing Order").

2. The Proposed Second Interim DIP Financing Order is in substantial conformity with the interim order entered by the Court on November 18, 2014 [D.I. 33] (the "First Interim DIP Financing Order") except that it (i) extends the term of the financing through the December 22, 2014, hearing, at which the Debtor will request entry of a final order, (ii) adjusts milestones

---

[1] The last four digits of the Debtor's tax identification numbers are 9022. The address of the Debtor's corporate headquarters is 110 Horizon Drive, Suite 230, Raleigh, North Carolina 27615.

SL1 1334760v1 109188.00002

included in the term sheet attached as Exhibit A to the First Interim DIP Financing Order such that Debtor will not be in default of any milestone by entry of the Proposed Second Interim DIP Financing Order and the consideration of a final order at the December 22nd hearing, and (iii) the budget attached to the Proposed Second Interim DIP Financing Order has been amended from the budget attached to the First Interim DIP Financing Order to, among other things, extend it through February 1, 2015 and to drop the weeks previously included in the budget that already have already passed.

3.  In addition, certain milestones have been negotiated and included in the Term Sheet attached to the Proposed Second Interim DIP Financing Order. *See* Page 13 of the Term Sheet. These milestones have been agreed to by the Debtor and Hercules, and there is no objection to them by the United States Trustee or the Creditors' Committee.

4.  A black-lined comparison of the Proposed Second Interim DIP Financing Order in the form attached as Exhibit A against the First Interim DIP Financing Order is attached hereto as Exhibit B.

5.  The Proposed Second Interim DIP Financing Order has been reviewed and approved by counsel to the Debtor, the Creditors' Committee and Hercules; and the United States Trustee has no objection to entry of the Proposed Second Interim DIP Financing Order.

SL1 1334760v1 109188.00002

WHEREFORE, the Debtor respectfully requests that the Court enter the Proposed Second Interim DIP Financing Order at its earliest convenience.

Dated: Wilmington, Delaware
December 11, 2014

**STEVENS & LEE, P.C.**

By: /s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
Joseph H. Huston (DE Bar No. 4035)
1105 N. Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 425-3308; 3310
Email: jdd@stevenslee.com
       jhh@stevenslee.com

-and-

Robert Lapowsky
John C. Kilgannon
1818 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103
(215) 575-0100
rl@stevenslee.com
jck@stevenslee.com

*Proposed Attorneys for Debtor and Debtor in Possession*