DELTA PACIFIC PRODUCTS, INC.
33170 Central Ave, Union City, CA • (510) 487-4411 Fax (510) 487-5511

FILED
2015 JAN -5 AM 9:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 30, 2014

United States Bankruptcy Court
District of Delaware

Reference: Case No. 14-12545 (CSS)
Debtor: Baxano Surgical

Attn: Office of the Clerk

Subject: Cure Amount Objection

Dear Sir/Madame:

Please find enclosed our objection to the stated Debtor's Cure Amount assigned to Delta Pacific Products, Inc. (Counterparty). The cure amount listed in the documents for our Company is understated.

Our records show the amount to be **$17,856.15** . Enclosed is our Invoice Detail list.

Thank you for your consideration in this matter.

Sincerely,

Fred H. Betke, Jr.
President

Enc.

Cc: Y.Tian, CEO
Richard Ellis, V.P.
P. Dooley, Office Mgr.
K.Phoon, Controller

# Customer Status with Invoice Detail

12/23/2014 9:16:11AM


Criteria: ( ({ARCUSTO.CUSTNO}) >= 'C-00088' and ({ARCUSTO.CUSTNO}) <= 'C-00088' )

**Customer No. C-00088**
BAXANO SURGICAL, INC.
655 RIVER OAKS PARKWAY
SAN JOSE CA 95134

| | | | |
|---|---|---|---|
| Current: | 0.00 | Credit Limit: | 0.00 |
| Overdue: | 0.00 | Open To Buy: | 0.00 |
| Over 30: | 0.00 | Over Due: | 17,856.15 |
| Over 60: | 0.00 | | |
| Over 90: | 17,856.15 | | |
| Total: | 17,856.15 | | |

Phone: 408-514-2243
Fax: 408-514-2201

Status: Cr Hold

| Invoice Number | Invoice Date | Due Date | Terms | Total | Balance | Days Overdue |
|---|---|---|---|---|---|---|
| 50175 | 6/10/2014 | 7/10/2014 | Net 30 Days | 1,029.50 | 1,029.50 | 166 |
| 50539 | 7/11/2014 | 8/10/2014 | Net 30 Days | 278.52 | 159.32 | 135 |
| 50708 | 7/29/2014 | 8/28/2014 | Net 30 Days | 1,004.80 | 1,004.80 | 117 |
| 50710 | 7/29/2014 | 8/28/2014 | Net 30 Days | 701.68 | 701.68 | 117 |
| 50711 | 7/29/2014 | 8/28/2014 | Net 30 Days | 1,496.00 | 1,496.00 | 117 |
| 50712 | 7/29/2014 | 8/28/2014 | Net 30 Days | 861.30 | 861.30 | 117 |
| 50713 | 7/29/2014 | 8/28/2014 | Net 30 Days | 768.00 | 768.00 | 117 |
| 50714 | 7/29/2014 | 8/28/2014 | Net 30 Days | 918.77 | 918.77 | 117 |
| 50716 | 7/29/2014 | 8/28/2014 | Net 30 Days | 1,612.80 | 1,612.80 | 117 |
| 50717 | 7/29/2014 | 8/28/2014 | Net 30 Days | 1,544.45 | 1,544.45 | 117 |
| 50718 | 7/29/2014 | 8/28/2014 | Net 30 Days | 545.10 | 545.10 | 117 |
| 50719 | 7/29/2014 | 8/28/2014 | Net 30 Days | 999.35 | 999.35 | 117 |
| 50776 | 7/31/2014 | 8/30/2014 | Net 30 Days | 783.00 | 783.00 | 115 |
| 50822 | 8/14/2014 | 9/13/2014 | Net 30 Days | 2,275.40 | 2,275.40 | 101 |
| 50881 | 8/15/2014 | 9/14/2014 | Net 30 Days | 338.93 | 338.93 | 100 |
| 50882 | 8/15/2014 | 9/14/2014 | Net 30 Days | 1,763.10 | 1,763.10 | 100 |
| 50916 | 8/15/2014 | 9/14/2014 | Net 30 Days | 523.00 | 523.00 | 100 |
| 50917 | 8/15/2014 | 9/14/2014 | Net 30 Days | 531.65 | 531.65 | 100 |

**Delta Pacific Products, INC.**
**33170 Central Ave.**
**Union City, CA 94587**