**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Baxano Surgical, Inc.,[1] | Case No. 14-12545 (CSS) |
| Debtor. | **Related to D. I. 154** |

**NOTICE OF PROPOSED SALE OF ASSETS PURSUANT**
**TO ORDER APPROVING PROCEDURES FOR THE SALE**
**OR ABANDONMENT OF *DE MINIMIS* ASSETS OF THE DEBTOR**

To:   Hercules Technology Growth Capital, Inc.
      c/o Cole Schotz
      25 Main Street, Hackensack, NJ, 07601
      Attn: Stuart Komrower and Ilana Volkov

      Counsel to the Official Committee of Unsecured Creditors:
      Pillsbury Winthrop Shaw Pittman LLP
      1540 Broadway, New York, NY 10036
      Attn: Leo T. Crowley

      -and-

      Morris Nichols Arsht & Tunnell, LLP
      1201 N. Market Street
      Wilmington, Delaware 19899
      Attn: Ann C. Cordo

      Office of the U.S. Trustee for the District of Delaware
      844 King Street, Suite 2207
      Wilmington, DE 19801
      Attn: Juliet Sarkessian

      All parties which have expressed an interest in purchasing the Assets (as defined herein)

      All parties asserting liens on the Assets

      All parties requesting notice pursuant to Fed. R. Bankr. P. 2002

---

[1] The last four digits of the Debtor's tax identification numbers are 9022.  The address of the Debtor's corporate headquarters is 110 Horizon Drive, Suite 230, Raleigh, North Carolina 27615.

**PLEASE TAKE NOTICE** that Baxano Surgical, Inc., debtor and debtor-in-possession (the "Debtor"), hereby gives notice to the above-identified parties (hereafter, the "Notice Parties"), pursuant to the *Order Approving Procedures for the Sale or Abandonment of De Minimis Assets of the Debtor* [D.I. 154] (the "Order") entered by the Court on December 16, 2014 (a true and correct copy of which is attached hereto as Exhibit A), that it intends to sell to Quandary Medical, LLC ("Quandary") for $5000.00, on an "AS IS, WHERE IS, WITHOUT ANY REPRESENTATION OR WARRANTY" basis, (i) the "trans1.com" domain name and (ii) the following United States Trademark Applications and Registrations (collectively, the "Assets"):

1. TRANS1, Reg. No. 2911709 in Class IC 010. US 026 039 044 for MEDICAL DEVICES FOR USE IN TREATING THE SPINE AND OTHER BONY STRUCTURES OF THE HUMAN BODY, NAMELY, MEDICAL DRILLS, MEDICAL DRILL BITS, ASPIRATORS, DILATORS, SHEATHS, CATHETERS, HYPODERMIC NEEDLES, CANNULA, GUIDEWIRES, SPINAL IMPLANTS, DISTRACTION DEVICES, BONE CUTTERS, BONE CEMENT, TISSUE CUTTERS, PROSTHETIC DISCS AND PROSTHETIC NUCLEUSES; and

2. TRANS1, Reg. No. 3759866 in Class IC 010. US 026 039 044 for SURGICAL PERCUTANEOUS ACCESS INSTRUMENTATION AND DEVICES; MEDICAL PERCUTANEOUS ACCESS INSTRUMENTATION AND DEVICES; MEDICAL DEVICES AND INSTRUMENTS, NAMELY, PASTE INJECTORS, MEDICAL DRILLS, MEDICAL DRILL BITS, BONE TAPS, DILATORS, SHEATHS, DILATOR SHEATHS, CATHETERS, AUGMENTATION MEDIA INSERTERS, CANNULAE, STYLETS, STYLET HANDLES, GUIDEWIRES, GUIDEWIRE INTRODUCERS, GUIDE PIN INTRODUCERS, GUIDE PINS, GUIDE PIN HANDLES, GUIDE PIN EXTENSIONS; SYNTHETIC SPINAL IMPLANTS, GOODS OF METAL FOR MEDICAL USE, NAMELY, SPINAL RODS AND MEDICAL RODS; GOODS NOT OF METAL FOR MEDICAL USE, NAMELY, SPINAL RODS AND MEDICAL RODS, FIXATION IMPLANTS COMPRISED OF PROSTHETIC MATERIALS, BONE GRAFT INSERTER CANNULAE, BONE GRAFT INSERTER RODS,

BONE GRAFT INSERTERS, BONE GRAFT INSERTION SYSTEMS COMPRISED OF PRE-LOADING ASSEMBLY, BONE GRAFT INSERTION ASSEMBLY, LOADER PUSH ROD, LOADING FUNNEL, LOADING BODY, CHANNEL SELECTOR CAP, BONE GRAFT INSERTER ASSEMBLY, BONE GRAFT INSERTER CANNULA, BONE GRAFT INSERTER ROD; SURGICAL DRILL BITS, AUGMENTATION MEDIA INSERTERS; SURGICAL INSTRUMENTS FOR USE IN THE AUGMENTATION OF BONE AND TISSUE, NUCLEUS PULPOSUS TISSUE EXTRACTORS, SURGICAL DISTRACTION DEVICES, MEDICAL DISTRACTION DEVICES, BONE CUTTERS, TISSUE CUTTERS, TISSUE CURETTES, SURGICAL INSTRUMENTS FOR USE IN THE EXTRACTION OF BONE AND TISSUE, SURGICAL STABILIZATION DEVICES, MEDICAL STABILIZATION DEVICES, SPINAL ANCHORS, MEDICAL SCREWS, BONE SCREWS, MEDICAL PLUGS, SURGICAL STOP FLOW DEVICES, MEDICAL STOP FLOW DEVICES, SURGICAL TOOLS FOR THE REMOVAL AND REVISION OF IMPLANTS, SURGICAL SPINAL STABILIZATION DEVICES, MEDICAL SPINAL STABILIZATION DEVICES. NUCLEUS REPLACEMENT MATERIAL INJECTORS, SURGICAL INSTRUMENTS AND DEVICES FOR USE IN THE DYNAMIC STABILIZATION OF TISSUE, DYNAMIC STABILIZATION AND MOTION IMPLANTS COMPRISED OF PROSTHETIC MATERIALS, MEDICAL COATINGS AND SUBSTRATES FOR USE IN THE REPAIR OR REPLACEMENT OF TISSUE, NAMELY, SYNTHETIC NUCLEUS PULPOSUS; SYNTHETIC TISSUE VOID FILLER; SYNTHETIC TISSUE SUBSTITUTES; SYNTHETIC NUCLEUS PULPOSUS REPLACEMENT MATERIAL; HYDROGELS AND ELASTOMERS FOR MEDICAL USE AND MEMBRANES FOR MEDICAL USE FOR USE AS A SURFACTANT OR TO SERVE AS REPLACEMENT FOR TISSUE, PROSTHETIC DISCS AND PROSTHETIC NUCLEI MADE OF PROSTHETIC MATERIALS; PERCUTANEOUS NUCLEUS REPLACEMENT MADE OF PROSTHETIC MATERIALS; PROSTHETIC NUCLEUS MATERIALS, NUCLEUS AUGMENTATION MEDIA, PROSTHETIC DISC REPLACEMENT, ALL MADE OF PROSTHETIC MATERIALS.

**PLEASE TAKE NOTICE FURTHER** that the sale of the Assets to Quandary shall be consummated upon expiration of the ten day notice period provided under the Order unless an objection to the sale is received within ten days of the date of this Notice.

**PLEASE TAKE NOTICE FURTHER** that if there is an objection to the sale received within ten days of the date of this Notice the Debtor shall proceed in respect of the sale of the Assets in accordance with the terms of the Order.

**PLEASE TAKE NOTICE FURTHER** that, pursuant to the Order, sale of the Assets shall be free and clear of any and all liens, claims, interests and encumbrances existing or asserted against the Assets (collectively, "Liens"), with any such Liens attaching to the proceeds of the sale of the Assets.

Dated: Wilmington, Delaware
March 6, 2015

**STEVENS & LEE, P.C.**

By: /s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 N. Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 425-3308
Email: jdd@stevenslee.com

-and-

Robert Lapowsky
John C. Kilgannon
1818 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103
(215) 575-0100
rl@stevenslee.com
jck@ stevenslee.com

*Attorneys for Debtor and Debtor in Possession*